IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Tyler Tucker, | ) | C/A No.: 3:11-cv-01410-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER DISMISSING CASE |
| | ) | |
| Shenandoah Life Insurance Company, Nasmyth Precision Products, Inc. Long Term Disability Plan, | ) | |
| | ) | |
| Defendants. | ) | |
| Shenandoah Life Insurance Company, | ) | |
| | ) | |
| Counter Claimant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Tyler Tucker, | ) | |
| | ) | |
| Counter Defendant. | ) | |

This matter comes before the court on the Suggestion of Bankruptcy as to Tyler Tucker (ECF No. 27) filed by the plaintiff, Tyler Tucker. Based on the Suggestion of Bankruptcy and this court's telephone conference with counsel of all parties to this case, this court hereby dismisses this case (including all claims and counterclaims) without prejudice.

IT IS SO ORDERED.

January 5, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge